# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT K. MAXWELL, | |
| Plaintiff, | Case No. 1:17-cv-03226 |
| v. | Honorable Judge Sara L. Ellis |
| CHICAGO PATROLMEN'S FEDERAL, CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ROBERT K. MAXWELL and the Defendant, CHICAGO PATROLMEN'S FEDERAL CREDIT UNION, only, through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 5, 2018

Respectfully Submitted,

**ROBERT K. MAXWELL**

**CHICAGO PATROLMEN'S FEDERAL CREDIT UNION**

*/s/ Majdi Y. Hijazin*
Majdi Y. Hijazin, *Of Counsel*
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mhijazin@hijazinlaw.com

*/s/ Patrick J. Ruberry (with consent)*
Patrick J. Ruberry
*Counsel for CPFCU.*
Litchfield Cavo, LLP
303 West Madison, Suite 300
Chicago, IL 60606
Phone: (312) 781-6675
ruberry@litchfieldcavo.com